AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  BROWN, GARRETT E., JR. | 2. Court or Organization  UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY | 3. Date of Report  4/19/05 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. DISTRICT JUDGE | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  X_ Annual  ___ Final | 6. Reporting Period  1/1/04 - 12/31/04 |
| 7. Chambers or Office Address  U.S. COURTHOUSE 402 E. STATE STREET TRENTON, NEW JERSEY 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | ADJUNCT PROFESSOR | SETON HALL UNIVERSITY SCHOOL OF LAW |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

|  | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| **A.** | **Filer's Non-Investment Income** | | |
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2004 | SETON HALL UNIVERSITY SCHOOL OF LAW | $ 22,200 |
| 2 | 2004 | UNIVERSITY OF TENNESSEE (ROYALTY) | $ 45.72 |
| 3 | | | $ |

**B.** Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| 1 | 2004 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2 | 2004 | ▓▓▓▓▓▓▓▓▓▓▓▓ |

RECEIVED 2005 APR 26 A 11: 49 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, GARRETT E., JR. | 4/19/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | N.Y. INTELLECTUAL PROPERTY LAW ASSN. | FOOD AND LODGING FOR 3/26/04 MEETING IN N.Y.C. |
| 2 | SETON HALL UNIV. SCHOOL OF LAW | MILEAGE, TOLLS, MEALS AND EXPENSES INCURRED |
| 3 | | WHILE TEACHING 1/20 - 4/20, 6/1 - 7/15 AND |
| 4 | | 8/25 - 11/30/04 |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VL LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=$25,000,001-50,000,000     P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Bank Acct. PNC Bank Moorestown, N.J. | A | INT. | J | T | | | | | |
| 2 MSDW Liquid Asset Fund | | NONE | J | T | | | | | |
| 3 MSDW U.S. Govt. Secur. (IRA) | B | DIV. | K | T | | | | | |
| 4 MSDW Dividend Growth Secur. Trust B (IRA) | A | DIV. | K | T | | | | | |
| 5 MSDW Utilities Fund B (IRA) | A | DIV. | K | T | | | | | |
| 6 MSDW U.S. Govt. Secur. B (IRA) | B | DIV. | K | T | | | | | |
| 7 MSDW Liquid Assets Fund (IRA) | A | INT. | J | T | | | | | |
| 8 MSDW Utilities Fund B (IRA) | A | DIV. | J | T | | | | | |
| 9 MSDW Dividend Growth B (IRA) | D | DIV. | J | T | | | | | |
| 10 MSDW European Growth B (IRA) | A | DIV. | J | T | | | | | |
| 11 MSDW Japan Fund (IRA) | A | DIV. | J | T | | | | | |
| 12 MSDW High Yield B (IRA) | A | DIV. | J | T | | | | | |
| 13 Van Campen Sel. Growth (IRA) | | NONE | J | T | | | | | |
| 14 Van Campen Sel. Growth (IRA) | | NONE | J | T | | | | | |
| 15 MSDW Amer. Opportunity Fund (IRA) | | NONE | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████████  Date _April 19 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544